UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

*Michelle Shaver v. Bayer HealthCare Pharmaceuticals Inc, et al.*          No. 10-cv-13245-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 5, 2014, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
        **Deputy Clerk**

**Dated:** August 5, 2014

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**

Digitally signed by David R. Herndon
Date: 2014.08.05 15:17:42 -05'00'